#### UNITED STATES DISTRICT COURT
#### EASTERN DISTRICT OF MISSOURI
#### EASTERN DIVISION

| | |
|---|---|
| RCI HOSPITALITY HOLDINGS, INC. | )<br>)<br>) |
| v. | )<br>)   Case No. 4:19-CV-1915 JCH |
| SCHNEIDER – WILSON ENTERPRISE,<br>LLC d/b/a Bombshell Bar and Grill | )<br>)<br>) |

### MEMORANDUM AND ORDER

Upon review of the record, Plaintiff has failed to file a Motion for Default Judgement following its Motion for Entry of Clerk's Default. The Plaintiff will have fourteen (14) days to file a Motion for Default Judgement. Failure to do so may result in the dismissal of the case. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff will have fourteen (14) days to file with the Court a Motion for Default Judgement.

Dated this  5th     day of May, 2020.

\s\ Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT COURT